1 McGREGOR W. SCOTT
United States Attorney
2 MATTHEW D. SEGAL
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone: (916) 554-2708

5

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                 EASTERN DISTRICT OF CALIFORNIA

8

9   IN RE THE RESIDENCE OF TIM      ) CASE NOS. SW 04-318
    AND MARIE SAMBADO               )
10                                  )
                                    ) UNSEALING MOTION AND ORDER
11                                  )
                                    )
12                                  )
                                    )
13                                  )
                                    )
14

15      The United States requests that the Application and

16 Affidavit for Search Warrant in the above-captioned case be

17 unsealed.  There is no longer any law enforcement purpose to

18 maintaining the seal.

19                                 Respectfully Submitted,

20                                 McGREGOR W. SCOTT
                                   United States Attorney

21

22 DATED:  April 10, 2007      By:  /s/ Matt Segal
                                    MATTHEW D. SEGAL
23                                  Assistant U.S. Attorney

24 **IT IS SO ORDERED**.

25 DATED: April 10, 2007.

26

27                                 _____
                                   DALE A. DROZD
28 Ddad1/orders.criminal/sambado0318.ord    UNITED STATES MAGISTRATE JUDGE